CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
SEP 1 4 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| ELAINE L. CHAO, <br><br> *Plaintiff,* <br><br> v. <br><br> J.W. ROACH & SONS LOGGING AND HAULING <br><br> *Defendant.* | CIVIL ACTION NO. 6:05-CV-00021 <br><br><br> <u>ORDER</u> <br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction, filed June 13, 2005. For the reasons stated in the attached Memorandum Opinion, Plaintiff's Motion is GRANTED. Defendant is ordered to comply with ALJ Huddleston's Recommended Decision and Order and reinstate Mr. Waechter immediately to his former position as over-the-road truck driver pending the outcome of this litigation.

It is so ORDERED.

The Clerk of the Court is directed to send certified copies of this Order to all Counsel of Record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

Sept. 14, 2005
Date